IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA
CIVIL DIVISION

PETER HERNANDEZ,

 Plaintiff,

vs.               CASE NO: 2021-CA

RACETRAC PETROLEUM, INC.,

 Defendant.      /

## COMPLAINT

COMES NOW Plaintiff, PETER HERNANDEZ, and sues Defendant, RACETRAC PETROLEUM, INC., and alleges:

1. This is an action for damages that exceeds Thirty thousand one dollar and no cents ($30,001.00), exclusive of interest, costs and attorneys' fees.[1]

2. Plaintiff is a natural person residing in Lee County, Florida.

3. At all times material to this action, RACETRAC PETROLEUM, INC. is a Florida corporation licensed to do business in the State of Florida.

4. At all times material hereto, Defendant was the owner and in possession of that certain business located at 10801 Furlong Street, Bonita Springs, FL, said business being that of a Gas Station, open to the general public, including the Plaintiff herein.

---

[1] This is an action for damages that exceeds the sum of THIRTY THOUSAND AND ONE DOLLARS ($30,001.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

5. On 06/18/2019, Plaintiff visited Defendant's premises located at the above address going into the gas stations restroom.

6. At said time and place, Plaintiff was at the RaceTrac using the restroom, lawfully upon the premises of the Defendant, who owed Plaintiff a duty to exercise reasonable care for his safety.

7. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

   a) Negligently failing to maintain or adequately maintain the restroom and the leak therein, thus creating a hazardous condition to members of the public utilizing said restroom, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

   b) Negligently failing to inspect or adequately inspect the restroom, as specified above, to ascertain whether the leak in the restroom constituted a hazard to guests utilizing said restroom, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

   c) Negligently failing to inspect or adequately warn the Plaintiff of the danger of the restroom and the leak, when Defendant knew or through the exercise of reasonable care should have known that said restroom was unreasonably dangerous and that Plaintiff was unaware of same; and

   d) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the leak in the restroom on Defendant's premises, when said condition

was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8. As a result, while Plaintiff was visiting the Defendant's business, he slipped and fell in the restroom, sustaining injuries as set forth.

9. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about his body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, PETER HERNANDEZ, sues the Defendant, RACETRAC PETROLEUM, INC., for damages and demands judgment in excess of Thirty Thousand Dollars and One ($30,001.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 22nd day of February, 2021.

*s/Gunter Fernandez                              /*
GUNTER FERNANDEZ, ESQ.
FBN: 112480
Morgan & Morgan
12800 University Dr, Suite 600
Fort Myers, FL  33907
Phone: (239) 432-6648
Attorneys for Plaintiff
E-Mail:  gfernandez@forthepeople.com
            achavez@forthepeople.com
            mmarichal@forthepeople.com